# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRIAN J. STEINBERG; AND
STEINBERG LAW GROUP,
                        Appellants,
                vs.
ANTHONY MICHAEL STINZIANO,
                        Respondent.

No. 69804

FILED

MAR 04 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order referring the parties' fee dispute to the State Bar of Nevada Fee Dispute Committee. Eighth Judicial District Court, Family Court Division, Clark County; William S. Potter, Judge.

Our review of the docketing statement and the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order referring a matter to the State Bar of Nevada, though SCR 86(12) provides for review of a Fee Dispute Committee

SUPREME COURT
OF
NEVADA

(O) 1947A

16-07029

decision in the district court. Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.[1]

_____ , J.
Douglas

_____ , J.
Cherry

_____ , J.
Gibbons

cc:   Hon. William S. Potter, District Judge, Family Court Division
      Steinberg Law Group
      Anthony Michael Stinziano
      Eighth District Court Clerk

_____

[1]We deny as moot respondent's motion for leave to file a response to the docketing statement.